RECEIVED
JAN - 8 2013
CHAMBERS OF
JUDGE TERRY R. MEANS

Dear Judge Means,   4:00cr54-Y

My name is Forrest Reedy, Thomas Reedy's father. I am writing to you because I am in poor health and would like to be able to have my son around me for a while before I go.

I understand my son's case is before you now. Sir, he did not receive a fair trial. Please take the time to review his evidence while considering the fact that my son has never been in trouble ever in his life before this and, I believe, is no threat to anyone. Please let him go. It's the right thing to do.

Sincerely,
Forrest R. Reedy



Mr. Forrest Reedy
909 Maples Ave.
McKinney, TX 75069

Judge Terry Means
501 W. 10th St.
Ft. Worth Tx. 76102

