IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.

THOMAS REEDY,
    Defendant.

Criminal No. 4:00-cr-00054-Y



**MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE**

TO THE HONORABLE TERRY MEANS, UNITED STATES DISTRICT JUDGE:

COMES NOW, Defendant, Thomas Reedy, pro se, and respectfully moves this Court for an order terminating the remainder of his term of supervised release pursuant to 18 U.S.C. § 3583(e)(1), and in support would show the Court as follows.

## Background

1. Mr. Reedy was convicted in this Court in Case No. 4:00-cr-00054-Y and received a lengthy term of imprisonment followed by a three-year term of supervised release.

2. After serving more than twenty-four years in federal custody, Mr. Reedy was released from prison on or about March 14, 2024, pursuant to a compassionate release order in which the Court expressly found that he posed no danger to the community and noted his exemplary conduct while incarcerated.

3. Mr. Reedy has now successfully completed more than half of his three-year term of supervised release, and at the time of his release the Court indicated it would consider early termination after he had served at least half of the supervised release term.

## Compliance and Rehabilitation

4. Since his release, Mr. Reedy has fully complied with all conditions of supervised release, maintained regular contact with his supervising officer, and had no violations or new arrests.

5. During more than two decades in custody, Mr. Reedy incurred no disciplinary infractions, contributed as a peer educator, and consistently demonstrated rehabilitation and respect for the law, which the Court recognized in granting compassionate release.

6. At sixty-two years old, with a non-contact offense, a lengthy period of successful incarceration, and a judicial finding of negligible risk, Mr. Reedy's probability of recidivism is extremely low, and continued supervision does not materially advance the goals of public safety or deterrence.

**Current Circumstances and Future Plans**

7. Mr. Reedy is retired and financially self-sufficient, living modestly on his Social Security retirement benefits and occasional 1099 software and web development work.

8. To live within his means and avoid becoming a burden on public resources, he currently resides in a van and manages his expenses carefully while remaining compliant with all supervision and registration obligations.

9. Mr. Reedy seeks to supplement his limited fixed income through lawful self-employment, including web development and technology services that require a state sales tax permit and related business registrations.

10. Because of an old Texas civil judgment relating to his original case, which he cannot now practically contest, he is effectively blocked from obtaining a Texas sales tax permit and therefore from fully developing these lawful income streams in Texas.

11. Mr. Reedy's long-term plan is to relocate from Texas to another state where he can lawfully obtain the necessary business registrations and operate as a self-supporting, taxpaying, and productive member of the community.

12. Early termination of supervised release will remove supervision-related constraints that complicate relocation and business planning while not increasing risk to public safety, given the Court's prior findings and his continued compliance.

**Legal Standard**

13. Under 18 U.S.C. § 3583(e)(1), the Court may terminate a term of supervised release "at any time after the expiration of one year," if the defendant's conduct and the interests of justice warrant such action, after consideration of the factors set forth in 18 U.S.C. § 3553(a).

14. The § 3553(a) factors, as applied here—including the nature and circumstances of the offense, the history and characteristics of the defendant, the need for deterrence and protection of the public, and the need to avoid unnecessary burdens—favor early termination in light of Mr. Reedy's age, medical condition, exemplary institutional record, absence of violations, and demonstrated stability on supervision.

**Argument**

15. Continued supervision is not necessary to protect the public in this case, because the Court has already determined that Mr. Reedy does not pose a danger to the community, and his conduct since release has confirmed that assessment.

16. Mr. Reedy has used his time on supervised release to stabilize his health, maintain lawful employment, comply fully with all conditions, and plan a sustainable future that will keep him self-sufficient and law-abiding.

17. Early termination will enable Mr. Reedy to relocate and formalize lawful self-employment in another state, thereby increasing his financial stability and ability to meet all legal obligations, while reducing administrative burdens on the probation office.

18. In these circumstances, continued supervised release would function less as a tool of rehabilitation or public protection and more as an unnecessary constraint on a fully compliant, low-risk, older defendant who has already served exceptionally severe punishment.

**Prayer**

WHEREFORE, PREMISES CONSIDERED, Defendant Thomas Reedy respectfully requests that the Court:

A. Grant this Motion and enter an order terminating the remainder of his term of supervised release pursuant to 18 U.S.C. § 3583(e)(1); and

B. Grant such other and further relief to which he may be justly entitled.

Respectfully submitted,

Date: 12/30/2025

Thomas Reedy, Pro Se
7129 Verde Dr.
Brownwood, TX 76801
469-215-6020
t.reedy2024@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion for Early Termination of Supervised Release was served on the United States Attorney's Office for the Northern District of Texas, and on the United States Probation Office, by [CM/ECF, mail, or email] on this 30th day of December, 2025.

Thomas Reedy, Pro Se

Thomas Reedy
7122 Verde Dr.
Brownwood, TX 76801

ARTI FNF TX 796

5 JAN 2026    AM2 L





RECEIVED

JAN - 9 2026

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

United States District Court
501 W. 10th St, Room 310
Fort Worth, TX. 76102-3673

76102-975999